# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00082-CV

**Pate-Chen Investment, LLC and Dar-Sheng Chen, Appellants**

**v.**

**Randy Patton, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. C2006-0778B, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Pate-Chen Investment, LLC and Dar-Sheng Chen have filed an unopposed motion to abate the instant appeal to allow the parties an opportunity to mediate their dispute. We grant the unopposed motion and abate the instant appeal until July 8, 2008, and we order appellants to file a report informing this Court of the status of the case on or before that date.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Abated

Filed:   April 8, 2008